1054

[No. 18433-1-III.  Division Three.  February 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS LEE BEASLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00443-0, Philip M. Raekes, J., entered November 20, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[Nos. 17995-8-III; 19157-5-III.  Division Three.  February 20, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON R. WALTER, *Appellant*.
*In the Matter of the Personal Restraint of* JASON R. WALTER, *Petitioner*.

Appeal from a judgment of the Superior Court for Grant County, No. 98-1-00211-8, Evan E. Sperline, J., entered September 22, 1998, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 46556-2-I.  Division One.  February 20, 2001.]

BEN E. KEITH, *Appellant*, v. ALLSTATE INDEMNITY COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-19140-4, Glenna Hall, J., entered April 21, 2000. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, C.J., and Webster, J. Now published at 105 Wn. App. 251.

[No. 47163-5-I.  Division One.  February 20, 2001.]

LEONARD LEE LAWRENCE, *Respondent*, v. PAMELA MAE LAWRENCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-00902-2, George T. Mattson, J., entered July 28, 2000. *Remanded* by unpublished opinion per Webster, J., concurred in by Grosse and Baker, JJ. Now published in part at 105 Wn. App. 683.